IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Harold C. Deyerler and Wilma J. Deyerler,<br>    Plaintiffs,<br>v.<br>Auto Clutch / All Brake, Inc., et. al.,<br>    Defendants. | Case No. 08 CV 5362<br>Asbestos Case |

### Plaintiff's Motion to Enforce Settlement with AutoClutch / All Brakes, Inc.

Plaintiff moves this court to enforce her settlement agreement with Auto Clutch / All Brakes, Inc. (hereinafter referred to as Auto Clutch) and states as follows:

1. Plaintiff's counsel agreed to settle this case as to Auto Clutch on or about September 18, 2008 for the amount of $70,000. (Exhibit A). The settlement was confirmed when hearings for removal occurred in this court beginning September 22, 2008.

2. The settlement agreement provided Auto Clutch fulfill payment within 30 days of September 18, 2008. (Exhibit A)

3. On October 28, 2008 plaintiff transmitted the signed settlement release to Auto Clutch. (Exhibit B)

4. Despite follow up requests for payment, as of today's date plaintiff has not received payment. (Exhibit C)

### Relief Requested

Plaintiff moves this court enter an order enforcing the settlement agreement with Auto Clutch and compelling Auto Clutch to fulfill payment as required by the settlement agreement as well as interest from the date the agreement was made.

Dated: January 15, 2009

Respectfully submitted,

_/s/ Robert R. McCoy_
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600

# Bob G. McCoy

**From:** Bob G. McCoy
**Sent:** Thursday, September 18, 2008 11:18 AM
**To:** 'Greg Lyons'
**Cc:** Fanning, David F.; Salvadore Gutierrez
**Subject:** RE: Deyerler Settlement

Greg - Yes. To confirm, agreeement with Auto Clutch was $70,000, release to be delivered to our offices in a week and payment in 30 days.

---

**From:** Greg Lyons [mailto:Greg.Lyons@wilaw.com]
**Sent:** Thursday, September 18, 2008 10:36 AM
**To:** Bob G. McCoy
**Cc:** Fanning, David F.
**Subject:** Deyerler Settlement

Bob, this will confirm that we have resolved the Deyerler case under the terms that we discussed yesterday. We will prepare the release and other settlement documents and get those over to you soon. Thanks.

Greg



Gregory W. Lyons
O'Neil, Cannon, Hollman, DeJong, S.C.
Suite 1400
111 E. Wisconsin Ave.
Milwaukee, Wisconsin 53202
Phone: (414) 276-5000
Facsimile: (414) 276-6581
E-mail: greg.lyons@wilaw.com

EXHIBIT A

1/13/2009

# CASCINO VAUGHAN LAW OFFICES, LTD

MICHAEL P. CASCINO (IL)
ALLEN D. VAUGHAN (IL)
ROBERT G. McCOY (IL,MO, WI)
JACQUELINE J. HERRING (IL,GA)
SALVADOR GUTIERREZ (IL)

220 SOUTH ASHLAND
CHICAGO, ILLINOIS
60607-5308
312-944-0600
312-944-1870 FAX

<u>VIA FEDEX</u>

October 28, 2008

David F. Fanning
Johnson & Bell
33 W. Monroe Street suite 2700
Chicago, IL 60603

Re: *Deyerler v. Auto Clutch / All Brake, Inc., et al.*

Dear Mr. Fanning:

Enclosed, please find the Full Release and Settlement Agreement for Auto Clutch / All Brake, Inc.

Sincerely,


Rosemary Powers
Legal Assistant
312-944-0600
rpowers@cvlo.com



EXHIBIT B

# FULL RELEASE AND SETTLEMENT AGREEMENT

This Full Release and Settlement Agreement (hereinafter "Release") is made and entered into by HAROLD C. DEYERLER and WILMA J. DEYERLER, (hereinafter "Releasors") with respect to certain claims made against Auto Clutch/All Brake, Inc. (Auto Clutch) (hereinafter referred to as "Releasee") in HAROLD C. DEYERLER and WILMA J. DEYERLER v. Arvin Meritor, Inc., et al., Circuit Court of Cook County, Illinois, Law Division, Case No. 07-L-009822.

Plaintiff, HAROLD C. DEYERLER and WILMA J. DEYERLER, brought certain claims for damages against Auto Clutch/All Brake, Inc., in the above-captioned lawsuit. Auto Clutch/All Brake, Inc. has denied and continues to deny, any liability whatsoever for the losses alleged by Releasors. Moreover, Releasors wish to resolve any and all claims Releasors may have against Auto Clutch/All Brake, Inc. Thereafter, in consideration of the promises and covenants set forth below, Releasors agree as follows:

1. In exchange for this release, Auto Clutch/All Brake, Inc., shall pay Releasors for and in consideration of the sum of One Dollar and 00/100 ($1.00) and other good and valuable consideration, a confidential amount (hereinafter the "Settlement Amount") the receipt of which is hereby acknowledged.

2. In exchange for the above amount, Releasors agree to RELEASE AND FOREVER DISCHARGE Releasees, including but not limited to, Auto Clutch/All Brake, Inc., its present and former officers, directors, employees, agents, attorneys, shareholders, predecessors, parents, guarantors, indementors, subsidiaries, divisions, affiliated companies, successors, assigns, and insurers in their capacity as insurers to the aforementioned persons and entities, from any and all liability, action, causes of action, judgments, claims and demands of whatsoever kind or nature that may exist under any federal or state statute or under common law of any state or the federal common law, or

under contract, including wrongful death, employee benefits, workers' compensation, conspiracy, negligence, breach of warranty express or implied, and including but not limited to claims for consequential, punitive, and exemplary damages, which the undersigned Releasors, their family, representatives, affiliates, successors, assigns, trustees, beneficiaries, heirs, administrators, executors and attorneys, have or to which the undersigned Releasors, their family, representatives, affiliates, successors, assigns, trustees, beneficiaries, heirs, administrators, executors and attorneys, claim or could claim to be entitled by reason of damages known or unknown, foreseen or unforeseen, for lung or pulmonary injury, asbestosis, pleural disease, for all forms of cancer including mesothelioma, death, fear of cancer, or any disease, mental distress, lost earnings, loss of consortium, or any injuries, illnesses, losses, mental pain or anguish, and any conditions whatsoever (hereinafter collectively referred to as "undersigned damages"), resulting from HAROLD C. DEYERLER'S claimed exposure to asbestos (hereinafter "exposure"). It is expressly understood that this Release is FULL AND FINAL as to Auto Clutch/All Brake, Inc. IT IS FUTHER expressly understood, notwithstanding the preceding provisions, that this Full Release and Settlement Agreement does not exclude any claims for injuries and damages to the body of WILMA J. DEYERLER which are alleged to arise from or relate to any exposure experienced by WILMA J. DEYERLER to asbestos or asbestos-containing products.

3. The undersigned Releasors rely wholly upon Releasors' own judgment, belief, and knowledge and this Release is made without reliance upon any statement or representation by the released parties or their representatives, the making of such statement or representation being specifically denied.

4. It is understood that no claims or demands are being released which the undersigned Releasors may have against any other person or corporation other than Auto Clutch/All

Brake, Inc. and Releasees named herein, and in particular against other defendants, third-party defendants, or additional defendants in any other lawsuit, including, without limitation, parties in Chapter 11 bankruptcy proceedings, on account of the aforesaid exposure.

5. It is understood that this Release is not to be considered as a satisfaction of the entire undersigned damages claimed to have been suffered by the undersigned Releasors, as the undersigned Releasors specifically reserved any and all rights or actions against any persons or entities other than Auto Clutch/All Brake, Inc., its officers, directors, employees, agents, shareholders, predecessors, parents, subsidiaries, divisions, affiliated companies, successors, assigns and insurers in their capacity as insurers to the aforementioned persons and entities.

6. Releasors further agree and understand that this Release is given in compromise of a disputed claim, and that payment herein is not to be construed as an admission of liability on the part of Auto Clutch/All Brake, Inc., and that Auto Clutch/All Brake, Inc., denies any liability and intends merely to avoid litigation.

7. It is understood and it is expressly agreed that any copy of this Release may be considered as effective for any purposes as if it were original.

8. The undersigned Releasors hereby acknowledge having read this Release Agreement, having conferred with the undersigned Releasors' own attorneys concerning the meaning and effect of this Release Agreement, understand that by signing this Release Agreement the undersigned Releasors have released specific rights against Auto Clutch/All Brake, Inc., and its insurers in their capacity as insurers to the aforementioned persons and entities, and have limited all rights against parties to the aforementioned lawsuit and any other claimed tortfeasor in accordance with the terms of this Release.

9. In consideration of the payment of the Settlement Amount, the Releasors understand and expressly intends and agrees that neither Releasors nor Releasors' agents will discuss or disclose the terms or amount of settlement of this Release with anyone, with the exception of her attorneys, or as ordered by the Court. It is further understood and expressly agreed that all of the terms of this Release will be kept strictly confidential.

10. All amounts to be paid under this Release are allocated to the settlement and compromise of the alleged and disputed claims for damages suffered on account of personal injuries or sickness within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1954, as amended.

11. As consideration of payment of the aforementioned Settlement Amount, Releasors agree to execute and file with the United States District Court for the Northern District of Illinois, Eastern Division, or other appropriate court, a Stipulation of Good Faith Finding, Order Finding Good Faith Settlement, Order Granting Dismissal with prejudice as to Auto Clutch/All Brake, Inc., and/or any other documentation required to facilitate the dismissal of Auto Clutch/All Brake, Inc. It is further agreed that any and all other claims filed on behalf of Releasors against Auto Clutch/All Brake, Inc., in any other jurisdiction, if any existed, arising out of the same or similar facts, will be dismissed with prejudice as to Auto Clutch/All Brake, Inc. Each party to bear its own costs.

12. This Release contained the ENTIRE AGREEMENT between the undersigned and Auto Clutch/All Brake, Inc., and the terms are contractual, and not merely a recital. Releasors state that Releasors have carefully read the foregoing, or had it read and explained, and that Releasors know and understand the contents and meaning of signing this document and accepting payment. Releasors sign this Release of Releasors' own free act.

**CAUTION: THIS IS A COMPLETE AND FINAL RELEASE. READ CAREFULLY BEFORE SIGNING.**

**BEING DULY SWORN TO LAW, I DO HEREBY DEPOSE AND SAY THAT I HAVE CAREFULLY READ THE FOREGOING RELEASE; THAT I KNOW AND UNDERSTAND THE CONTENTS AND MEANING THEREOF THAT I HAVE CONSULTED MY ATTORNEY CONCERNING THE CONTENT AND SIGNING OF THE FOREGOING RELEASE, AND THAT I HAVE THIS DATE VOLUNTARILY SIGNED THE FOREGOING RELEASE IN THE PRESENCE OF MY ATTORNEY OR THE UNDERSIGNED NOTARY PUBLIC.**

IN WITNESS WHEREOF, the undersigned, HAROLD C. DEYERLER and WILMA J. DEYERLER, has hereunto set her hand and seal this 24th day of October, 2008, intending and agreeing to be legally bound.

_____
WILMA J. DEYERLER

WITNESS:

_____
_____

SWORN AND SUBSCRIBED before me this 24th day of October, 2008.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
No: 08-7188-1  STEVEN V. HASSEN
My Appointment Expires July 9, 2012

_____
NOTARY PUBLIC

_____
HAROLD C. DEYERLER

WITNESS:

_____
_____

SWORN AND SUBSCRIBED before me this 24th day of October, 2008.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
No: 08-7188-1  STEVEN V. HASSEN
My Appointment Expires July 9, 2012

_____
NOTARY PUBLIC

## Diana Chong

**From:** Salvadore Gutierrez
**Sent:** Wednesday, January 14, 2009 4:36 PM
**To:** Diana Chong
**Subject:** FW: Deyerler v. Auto Clutch

---

**From:** Salvadore Gutierrez
**Sent:** Wednesday, November 12, 2008 5:24 PM
**To:** fanningd@jbltd.com
**Cc:** Bob G. McCoy; Allen D. Vaughan; morrisp@jbltd.com
**Subject:** Deyerler v. Auto Clutch

David,

Plaintiffs have tendered a signed and notarized release in the above referenced case. When will plaintiffs receive payment from Auto Clutch in the above referenced case?

Salvador Gutierrez

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600 ex. 107



EXHIBIT C

1/14/2009

## Diana Chong

**From:** Salvadore Gutierrez
**Sent:** Wednesday, January 14, 2009 4:36 PM
**To:** Diana Chong
**Subject:** FW: Deyerler v. Auto Clutch

---

**From:** Salvadore Gutierrez
**Sent:** Friday, December 05, 2008 5:40 PM
**To:** fanningd@jbltd.com
**Cc:** Daniel F. Benevich; Allen D. Vaughan
**Subject:** Deyerler v. Auto Clutch

David,

When will the plaintiffs in the above referenced case receive payment from Auto Clutch?

Salvador Gutierrez

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600 ex. 107

1/14/2009